# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GORDON E. KNIGHT, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | **CIVIL ACTION NO. 4:25-CV-1091-ALM-AGD** |
| | § | |
| FFB BANK, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 17, 2026, the Magistrate Judge entered a Report (Dkt. #16) recommending that Defendant FFB Bank's ("Defendant") Rule 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, Rules 12(b)(1) & (3) Motion to Dismiss and to Compel Arbitration, with Incorporated Brief (Dkt. #13) be granted in part. The Report further recommended that Plaintiff PSK's claims be dismissed without prejudice for lack of standing. The Report further recommended that Plaintiff Gordon E. Knight's remaining claims be subject to arbitration. The Report finally recommended that this case be administratively closed. No Party filed objections to the Report.

Accordingly, having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant FFB Bank's Rule 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, Rules 12(b)(1) & (3) Motion to

Dismiss and to Compel Arbitration, with Incorporated Brief (Dkt. #13) is **GRANTED IN PART**. It is further **ORDERED** that Plaintiff PSK's claims are **DISMISSED WITHOUT PREJUDICE** for lack of standing.

It is further **ORDERED** that Plaintiff Knight's remaining claims are subject to arbitration. It is finally **ORDERED** that this case is **ADMINISTRATIVELY CLOSED** pending the outcome of the arbitration.

**IT IS SO ORDERED**.

**SIGNED this 18th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE